UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2020 NOV 10  A 10: 00

CLERK J. Hodge
SO. DIST. OF GA.

CHARLIE LAMONTE MCKINNEY, JR., )
)
)
Plaintiff, )
)
v. ) CV620-050
)
SERGEANT MULLINS, *et al.*, )
)
)
Defendants. )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R) of August 6, 2020 recommending the dismissal of plaintiff's case and all pending motions. Plaintiff initially filed objections, doc. 22, but has since indicated that he no longer wishes to prosecute this case, doc. 28. Accordingly, the R&R is **ADOPTED** and the case is **DISMISSED**.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of November, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA