AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHARLIE LAMONTE MCKINNEY, JR.,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 620-050

SERGEANT MULLINS, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated November 10, 2020, the Court concurs with the Magistrate Judge's Report and Recommendation and it is ADOPTED. Additionally, Plaintiff indicated that he no longer wishes to prosecute this case; therefore, Plaintiff's case is DISMISSED. This case stands CLOSED.

11/10/2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/2020